FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

Mac Sports, Inc.

                                                       Plaintiff,      21-00134

v.

UNITED STATES OF AMERICA,

                                                Defendant.     **SUMMONS**

**TO:** The Attorney General and the Secretary of Homeland Security:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____

**MARIO TOSCANO, CLERK OF THE COURT**

| PROTEST ||
|---|---|
| Port of Entry: Los Angeles/Long Beach Seaport, California | Date Protest Filed:    See attached schedule |
| Protest Number:   See attached schedule | Date Protest Denied:    See attached schedule |
| Importer: Mac Sports, Inc. ||
| Category of Merchandise: Various carts ||

| ENTRIES INVOLVED IN ABOVE PROTEST ||||||
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|  |  |  |  |  |  |
|  |  | See attached schedule |  |  |  |
|  |  |  |  |  |  |

| | |
|---|---|
| Port Director, | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP |
| Port of San Francisco | 599 Lexington Avenue, 36th Floor |

| | |
|---|---|
| 301 E. Ocean Blvd. Suite 1400<br>Long Beach, CA 90802<br>562/366-5425 | New York, New York 10022<br><br>212/557-4000 |
| *Address of Customs District in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

### CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Various carts | 8716.80.5090<br>9903.88.03 | 0% ad val.<br>25% ad val. | 8716.80.5090<br>9903.88.13 | 0% ad val.<br>0% ad val. |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim:<br><br>Customs' decision to deny the protests was incorrect as the goods qualify for the exclusion for carts classified under 8716.80.5090, specifically 9903.88.13. |

| |
|---|
| The issue which was common to all such denied protests:<br><br>Whether Customs' decision to deny the protests was improper. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

| | |
|---|---|
|  March 24, 2021 | /s/ Robert F. Seely |
| *Date* | *Signature of Plaintiff's Attorney* |

Page 2

| PROT NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2704-20-132640 | 06/16/2020 | 09/29/2020 | 862-11013064 | 06/24/2019 | 05/22/2020 |
| 2704-20-131467 | 06/09/2020 | 10/05/2020 | 862-10972047 | 02/06/2019 | 09/04/2020 |
| 2704-20-131476 | 06/09/2020 | 10/05/2020 | 862-10987177 | 04/03/2019 | 02/28/2020 |
| 2704-20-131471 | 06/09/2020 | 10/05/2020 | 862-10982285 | 03/12/2019 | 02/07/2020 |
| 2704-20-131470 | 06/09/2020 | 10/05/2020 | 862-10980461 | 03/09/2019 | 01/31/2020 |
| 2704-20-131450 | 06/09/2020 | 10/05/2020 | 862-11022990 | 07/25/2019 | 06/19/2020 |
| 2704-20-131468 | 06/09/2020 | 10/05/2020 | 862-10974514 | 02/19/2019 | 01/17/2020 |
| 2704-20-131472 | 06/09/2020 | 10/05/2020 | 862-10985288 | 03/26/2019 | 02/21/2020 |
| 2704-20-131475 | 06/09/2020 | 10/05/2020 | 862-10987185 | 04/03/2019 | 02/28/2020 |
| 2704-20-132405 | 06/15/2020 | 10/06/2020 | 862-11000749 | 05/14/2019 | 04/10/2020 |
| 2704-20-131477 | 06/09/2020 | 10/06/2020 | 862-10989090 | 04/15/2019 | 03/13/2020 |
| 2704-20-131462 | 06/09/2020 | 10/06/2020 | 862-11020705 | 07/09/2019 | 06/05/2020 |
| 2704-20-131460 | 06/09/2020 | 10/06/2020 | 862-11019517 | 07/15/2019 | 06/12/2020 |
| 2704-20-131457 | 06/09/2020 | 10/06/2020 | 862-11019491 | 07/15/2019 | 06/12/2020 |
| 2704-20-131455 | 06/09/2020 | 10/06/2020 | 862-11020259 | 07/21/2019 | 06/12/2020 |
| 2704-20-131453 | 06/09/2020 | 10/06/2020 | 862-11021455 | 07/22/2019 | 06/19/2020 |
| 2704-20-131451 | 06/09/2020 | 10/06/2020 | 862-11021471 | 07/22/2019 | 06/19/2020 |
| 2704-20-131441 | 06/09/2020 | 10/06/2020 | 862-11021448 | 07/22/2019 | 06/19/2020 |
| 2704-20-132408 | 06/15/2020 | 10/06/2020 | 862-11003826 | 05/27/2019 | 04/24/2020 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2704-20-131466 | 06/09/2020 | 10/09/2020 | 862-10977285 | 02/24/2019 | 01/17/2020 |
|  |  |  |  |  |  |
| 2704-20-131463 | 06/09/2020 | 10/08/2020 | 862-11006456 | 06/12/2019 | 05/08/2020 |

11039787_1