UNITED STATES COURT OF INTERNATIONAL TRADE

---------------------------------------------------------------- X
Mac Sports, Inc.,

    Plaintiff,

v.                                                                                                  21-cv-000134

United States,
    Defendant.
---------------------------------------------------------------- X

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests listed on Schedule A were filed and the action commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A consists of non-mechanically propelled carts/wagons from the People's Republic of China.

3. The imported merchandise was classified by U.S. Customs and Border Protection under subheading 8716.80.5090 of the Harmonized Tariff Schedule of the United States ("HTSUS"), which provides for "trailers and semi-trailers; other vehicles, not mechanically propelled; and parts thereof: Other vehicles: Other: Other: Other" at a regular duty rate of 3.2% *ad valorem*, and secondarily under 9903.88.03 as "Articles the product of China" at a rate of 25% *ad valorem* under Section 301 of the Trade Act of 1974.

4. The stipulable imported merchandise covered by the entries on the attached Schedule A, is classifiable under subheading 8716.80.5090, HTSUS, at a regular duty rate of 3.2% *ad*

*valorem*, and secondarily under subheading 9903.88.13, HTSUS, which provides an exclusion from Section 301 duties for "carts, not mechanically propelled, each with three or four wheels, of the kind used for household shopping (described in statistical reporting number 8716.80.5090)," without an assessment of Section 301 duties.

5. The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

7. All other claims and non-stipulable entries, including those covered by attached Schedule B, are abandoned.

8. Each party will bear its own costs and attorney's fees.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: /s/ Joseph M. Spraragen
JOE M. SPRARAGEN
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000
*Attorneys for Plaintiff*

MICHAEL GRANSTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:　　
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

EDWARD F. KENNY
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-9236
*Attorneys for Defendant*

Dated: February __, 2025

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court: the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____    _____

JUDGE

Case 1:21-cv-00134-N/A  Document 20  Filed 02/26/25  Page 4 of 5

Mac Sports, Inc. v. United States. Court No. 21-00134  4

## SCHEDULE A TO STIPULATED JUDGMENT CIT No. 21-00134

Port: Los Angeles Long Beach Seaport, California (2704)

Summons Filed: March 24, 2021

| PROTEST NUMBER | ENTRY NUMBER | ENTRY LINE | HTSUS NUMBER |
|---|---|---|---|
| 2704-20-132640 | 862-11013064 | 1 | 8716.80.5090 |
| 2704-20-131467 | 862-10972047 | 1 | 8716.80.5090 |
| 2704-20-131476 | 862-10987177 | 1 | 8716.80.5090 |
| 2704-20-131471 | 862-10982285 | 1 | 8716.80.5090 |
| 2704-20-131470 | 862-10980461 | 1 | 8716.80.5090 |
| 2704-20-131468 | 862-10974514 | 1 | 8716.80.5090 |
| 2704-20-131472 | 862-10985288 | 1 | 8716.80.5090 |
| 2704-20-131475 | 862-10987185 | 1 | 8716.80.5090 |
| 2704-20-132405 | 862-11000749 | 1 | 8716.80.5090 |
| 2704-20-131477 | 862-10989090 | 1 | 8716.80.5090 |
| 2704-20-131462 | 862-11020705 | 1 | 8716.80.5090 |
| 2704-20-132408 | 862-11003826 | 1 | 8716.80.5090 |
| 2704-20-131466 | 862-10977285 | 3 | 8716.80.5090 |
| 2704-20-131463 | 862-11006456 | 2 | 8716.80.5090 |

Case 1:21-cv-00134-N/A    Document 20    Filed 02/26/25    Page 5 of 5

Mac Sports, Inc. v. United States. Court No. 21-00134                                    5

## SCHEDULE B TO STIPULATED JUDGMENT CIT No. 21-00134

### ABANDONED ENTRIES

Port: Los Angeles/Long Beach Seaport, California (2704)

| PROTEST NUMBER | ENTRY NUMBER |
|---|---|
| 2704-20-131450 | 862-1102299-0* |
| 2704-20-131460 | 862-1101951-7* |
| 2704-20-131457 | 862-1101949-1* |
| 2704-20-131455 | 862-1102025-9* |
| 2704-20-131453 | 862-1102145-5* |
| 2704-20-131451 | 862-1102147-1* |
| 2704-20-131441 | 862-1102144-8* |

---

* All claims arising from entries marked [*] are abandoned.